UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEANNA MELCHER,

    Plaintiff,

vs.

Case No. 4:18-cv-00145-JLH

CREDIT ACCEPTANCE CORPORATION,

    Defendant.

## STIPULATED ORDER COMPELLING ARBITRATION

By submission of this order for entry, the parties consent to its entry and the Court being fully advised in the premises hereby ORDERS that:

1. Plaintiff Deanna Melcher ("Plaintiff") filed her Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on February 21, 2018.

2. Plaintiff and Credit Acceptance have agreed to arbitration and shall voluntarily submit their respective claims and counterclaims to binding non-judicial arbitration.

3. The arbitration shall be conducted through the American Arbitration Association.

4. Plaintiff shall initiate arbitration and Credit Acceptance shall be responsible for all fees and costs associated with the filing of arbitration and payment of the arbitrators' fees; however, Plaintiff shall be responsible for initiating arbitration and paying the initial filing fee.

5. The parties will be responsible for their respective attorneys' fees and costs.

6. This action against Credit Acceptance is dismissed without prejudice.

ORDERED on April 24, 2018

_____
United States District Court Judge

STIPULATED:

/s/Sergei Lemberg
Sergei Lemberg
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
(203) 653-2250
slemberg@lemberglaw.com

*Attorneys for Deanna Melcher*

/s/Stephen W. King
Stephen W. King (*to be admitted pro hac vice*)
KING AND MURRAY PLLC
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
(248) 792-2398
sking@kingandmurray.com

*Attorneys for Credit Acceptance Corporation*